IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

FRANCES RUIZ,

      Plaintiff,

vs.                                                                                               No. CIV 23-0721 JB/GJF

MARTIN O'MALLEY, Commissioner of the
Social Security Administration,

      Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Order, filed April 10, 2024 (Doc. 25). In the Order, the Court "REVERSES the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a REMAND to the Commissioner for further administrative proceedings." Order at 1. Given that there are no more parties, claims, or issues before the Court, the Court enters Final Judgment pursuant to rule 58 of the Federal Rules of Civil Procedure.

**IT IS ORDERED** that: (i) the Defendant's decision under sentence four of 42 U.S.C. § 405(g) is reversed; (ii) this case is remanded for further administrative proceedings; and (iii) Final Judgment is entered.

                                                                                               UNITED STATES DISTRICT JUDGE

*Counsel:*

David F. Chermol
Chermol & Fishman, LLC
Philadelphia, Pennsylvania

-- and --

- 2 -

Brian G. Grayson
Grayson Law Office, LLC
Albuquerque, New Mexico

    *Attorneys for the Plaintiff*

Annalies Van Der Valk
Margaret Sobota
Social Security Administration
Baltimore, Maryland

    *Attorneys for the Defendant*